FILED: July 24, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1701 (L)
(2:11-cv-00014-BO)
_____

In re: INDUSTRIAL FUMIGANT CO.; ROLLINS, INC.

      Petitioners

_____

No. 14-1702
(2:11-cv-00014-BO)
_____

SEVERN PEANUT CO., INC.; MEHERRIN AGRICULTURAL & CHEMICAL CO.; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

      Plaintiffs - Appellees

v.

INDUSTRIAL FUMIGANT CO.; ROLLINS, INC.

      Defendants - Appellants

_____

O R D E R
_____

Upon consideration of the motion pursuant to Federal Rule of Appellate Procedure 42(b) to voluntarily dismiss the petition for writ of mandamus and

emergency motion for temporary stay, No. 14-1701, and the related appeal, No. 14-1702, the court grants the motion.

    Entered at the direction of the panel: Chief Judge Traxler, Judge Wilkinson and Judge Motz.

                                                      For the Court

                                                      <u>/s/ Patricia S. Connor, Clerk</u>